An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

STEPHEN TAM, M.D.; AND ALFREDO
HIBBERT, PA.,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JERRY A. WIESE, DISTRICT JUDGE,
Respondents,
and
SHERRY CORNELL; THE ESTATE OF
CHARLES THOMAS CORNELL, JR.;
KARLA CRAWFORD; AND PATRICK N.
CHAPIN,
Real Parties in Interest.

No. 66065

**FILED**

OCT 2 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION*

This is an original petition for a writ of mandamus challenging a district court order deeming a statute unconstitutional in a medical malpractice action. Writ relief is generally not available when a petitioner has an adequate remedy at law. *See* NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004). Having considered the documents and arguments presented in this matter, we

SUPREME COURT
OF
NEVADA

(O) 1947A

15-32284

conclude that our extraordinary intervention is not warranted.    NRS
34.160; *Pan*, 120 Nev. at 228, 88 P.3d at 844.    Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Jerry A. Wiese, District Judge
       Law Office of Bradley L. Booke
       Carroll, Kelly, Trotter, Franzen, & McKenna & Peabody
       Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
       Moriarity Badaruddin & Booke
       Eighth District Court Clerk

Supreme Court
of
Nevada

(O) 1947A

2